GAVIN McGRANE [251863]
McGRANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 292-4807
gavin.mcgrane@mcgranellp.com

Attorneys for Interested Party, PacerPro, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PARK 91 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10957-jlg<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR PACER DOCS ONLY** |

PLEASE TAKE NOTICE that interested party PacerPro, Inc. (PacerPro) hereby appears by its counsel, McGrane LLP; such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (Bankruptcy Code) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (Bankruptcy Rules); and that such counsel hereby requests—pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code—that electronic copies of all notices and pleadings electronically filed in the above-captioned case (PACER DOCS) be electronically served upon PacerPro, Inc. <www.pacerpro.com> at the following email address: **ecf@pacerpro.com**

PLEASE TAKE FURTHER NOTICE that nothing other than PACER DOCS are hereby requested on PacerPro, Inc.'s behalf. No physical copies of PACER DOCS are hereby requested and any physical copies of PACER DOCS actually received despite this disclaimer will be promptly destroyed.

Dated: April 24, 2015

McGRANE LLP

By: /s/ *Gavin McGrane*
Gavin McGrane

Attorneys for Interested Party PacerPro, Inc.